**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SEMCON IP INC., | § § § | |
| | § | Case No. 2:18-cv-00193-JRG |
| Plaintiff, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| ASUSTEK COMPUTER, INC., | § § § | |
| Defendant. | § § § | |

**NOTICE REGARDING SELECTION OF MEDIATOR**

The parties hereby notify the Court that they have conferred regarding the selection of a mediator for this case but have been unable to agree on a mediator. Accordingly, Plaintiff Semcon IP Inc. and Defendant Asustek Computer, Inc. respectfully request that the Court enter an order appointing a mediator.

Dated:  November 26, 2018                                 Respectfully submitted,

 /s/ Alfred R. Fabricant
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Shahar Harel
NY Bar No. 4573192
Email: sharel@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: 212-209-4800

Facsimile: 212-209-4801

**ATTORNEYS FOR PLAINTIFF
SEMCON IP INC.**


 /s/ *Melissa R. Smith*
Caroline Ann Bader
carrie.bader@eriseip.com
**ERISE IP, PA**
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5618
Fax: (913) 777-5601

Harry Lee Gillam, Jr
gil@gillamsmithlaw.com
Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT
ASUSTEK COMPUTER, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 26, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

       */s/ Melissa R. Smith*
       Melissa R. Smith